623 A.2d 814

COMMONWEALTH of Pennsylvania

v.

John TOBIN, Appellant.

COMMONWEALTH of Pennsylvania

v.

Christopher Louis SMITH, Appellant.

COMMONWEALTH of Pennsylvania

v.

Kevin BEATTY, Appellant.

COMMONWEALTH of Pennsylvania

v.

Paul DE PRIMO, Appellant.

COMMONWEALTH of Pennsylvania

v.

Thomas TURNER, Appellant.

Nos. 68, 69, 78, 85 and 101 Middle District Appeal Docket, 1992.

Supreme Court of Pennsylvania.

April 16, 1993.

## ORDER

PER CURIAM.

AND NOW, this **16th** day of **APRIL, 1993** the appeals are affirmed. *Commonwealth v. Eric Dickerson*, 533 Pa. 294, 621 A.2d 990 (1993).

LARSEN, J., dissents on the basis of his dissenting opinion filed in *Commonwealth v. Dickerson*, 533 Pa. 294, 621 A.2d 990 (1993), which is joined by PAPADAKOS, J.